JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO C., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Commissioner of Social Security, <br><br> Defendant. | Case No. 5: 24-01885-JWH (DFM) <br><br> **JUDGMENT** |

     Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

     It is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The ALJ's denial of benefits is **AFFIRMED**.
2. This action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: April 22, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE